IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY PAT BROWN, as Guardian Ad Litem of A.T., <br><br> Plaintiff, <br><br> vs. <br><br> FLORENCE-CARLTON SCHOOL DISTRICT 15-6 AND DOES 1-5, <br><br> Defendants. | CV 22-75-M-DLC-KLD <br><br> ORDER |

I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office. Accordingly, I ask that this case be reassigned. In addition,

IT IS ORDERED that the preliminary pretrial conference scheduled for July 7, 2022 and related deadlines are VACATED, to be reset following reassignment.

DATED this 17th day of May, 2022.

Kathleen L. DeSoto
United States Magistrate Judge