J. Ben Everett
Adam Cook
Bernard J. Everett
EVERETT COOK LAW
217 East Park Avenue
P.O. Box 969
Anaconda, MT 59711
Telephone: (406) 563-5005
*Attorneys for Plaintiff Dylan K. Haggart*

Kevin A. Twidwell
KALEVA LAW OFFICE
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807-9312
Telephone: (406) 542-1300
*Attorneys for Missoula County Public Schools*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| MARY PAT BROWN, as Guardian Ad Litem of A.T., <br><br> Plaintiff, <br><br> vs. <br><br> FLORENCE-CARLTON SCHOOL DISTRICT 15-6 AND DOES 1-5. <br><br> Defendants | **Case No.: CV-22-75-M-DLC** <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE |

It is hereby agreed and stipulated by and between respective counsel for Mary Pat Brown, as Guardian Ad Litem for A.T. ("Plaintiff") and Defendant Florence-Carlton School District 15-6, that all claims asserted by Plaintiff against Defendant Florence-Carlton School District 15-6 may be dismissed with prejudice, as having been fully settled on the merits.

1

2

Counsel for Plaintiff and Defendant Florence-Carlton School District 15-6 further stipulates that each party is to bear their own attorney's fees and costs.

A proposed Order is submitted herewith for the Court's consideration.

Dated this 12th day of July, 2023.

           EVERETT COOK LAW
           *Counsel for Plaintiff*

           /s/ J. Ben Everett
           J. Ben Everett

Dated this 12th day of July, 2023.

           KALEVA LAW OFFICE
           *Attorneys for Defendant*
           Defendant Florence-Carlton School District 15-6

           /s/ Kevin A. Twidwell
           Kevin A. Twidwell