IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY PAT BROWN, as Guardian Ad Litem of A.T., <br><br> Plaintiff, <br><br> vs. <br><br> FLORENCE-CARLTON SCHOOL DISTRICT 15-6 and DOES 1-5, <br><br> Defendants. | CV 22–75–M–DLC <br><br><br> ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 18.) The stipulation states that all claims by Plaintiff against Defendant may be dismissed with prejudice as having been fully settled on the merits. (*Id.* at 1.) The parties further stipulate that each party is to bear its own attorneys' fees and costs. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees and costs.

DATED this 13th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1